JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BOHLKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. BANK, N.A., AND DOES 1 through 100,**<br><br>Defendant. | Case No. **12-cv-09247-RGK-E**<br><br>~~**PROPOSED**~~ **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 27th day of February, 2013.

_____
The Honorable Judge Klausner

Order to Dismiss - 1